UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MISSISSIPPI MEDICAL                                                    PLAINTIFF
PROFESSIONALS FOR INFORMED
CONSENT

VERSUS                                      CIVIL ACTION NO. 1:25-CV-230-TBM-RPM

CENTERS FOR DISEASE CONTROL
AND PREVENTION et al                                                 DEFENDANTS

### ORDER ADMINISTRATIVELY CLOSING CASE
### FOR STATISTICAL PURPOSES

This matter is before the Court *sua sponte*. On July 22, 2025, Plaintiff Mississippi Medical Professionals for Informed Consent filed a Complaint against Defendants Centers for Disease Control and Prevention and U.S. Department of Health and Human Services, asserting violations under the Freedom of Information Act ("FOIA"). [1]. On September 8, 2025, the Court held a telephonic conference to discuss case management deadlines. Minute Entry (09/08/2025). Rather than establish case management deadlines, the Court set a Joint Status Report Deadline for the parties to address matters such as any objections to the scope of production, when production is to start and end, and the method of production.[1] Text Only Order (09/08/2025).

Since that time, the parties have provided four status reports. [13]; [14]; [15]; [16]. The most recent status report states that the parties are continuing with ongoing communications concerning the FOIA request, that some progress has been made in narrowing the scope of the FOIA request, and that the parties hope to narrow remaining issues through negotiations. [16] at 6. Furthermore, the parties request that the Court enter an order establishing a fifth joint status report deadline and

---

[1] Shortly thereafter, this case was stayed for a period of time in light of the lapse in appropriations to the Department of Justice. Text Only Order (10/08/2025); Text Only Order (11/18/2025).

to continue to require ongoing joint status reports thereafter until the parties have fully resolved the issues or reach an impasse. *Id.*

Based on the above procedural history, the Court is of the opinion that this case should be administratively closed for statistical purposes while the parties continue to negotiate the issues related to the FOIA request and to provide status updates regarding these efforts. **Nothing in this Order shall be considered a dismissal or disposition of this matter.** The Court retains jurisdiction over this cause of action to allow either party to file a motion to reopen the case for further proceedings at the appropriate time.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is ADMINISTRATIVELY CLOSED until further order of the Court.

SO ORDERED AND ADJUDGED, this the 11th day of August 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE